John G. Yslas (SBN 187324)
jyslas@wilshirelawfirm.com
Jeffrey C. Bils (SBN 301629)
jbils@wilshirelawfirm.com
Aram Boyadjian (SBN 334009)
aboyadjian@wilshirelawfirm.com
Andrew Sandoval (SBN 346996)
andrew.sandoval@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd, 12th Floor
Los Angeles, California 90010
Telephone:   (213) 381-9988
Facsimile:    (213) 381-9989

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU BELLO, MARCUS CAMACHO, LOGAN DANSON, PANCHO D. JIMENEZ, MARTIN JR. RODRIGUEZ, BRANDON SANTIAGO, EDDIE WASHINGTON, and DUWAYNE WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24−cv−00167−JGB−MRW<br><br>[*Assigned to the Hon. Jesus G. Bernal*]<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE MANDATORY SCHEDULING CONFERENCE**<br><br>**Mandatory Scheduling Conference**<br><br>Date:  September 23, 2024<br>Time: 11:00 a.m.<br>Ctrm:  1<br>Judge: Hon. Jesus G. Bernal<br><br>Complaint Filed:   October 30, 2023<br>Trial Date:             None Set |

**TO THE HONORABLE COURT:**

Plaintiffs Jehu Bello, Marcus Camacho, Logan Danson, Pancho D. Jimenez, Martin Jr. Rodriguez, Brandon Santiago, Eddie Washington, and Duwayne Williams, on the one hand, and Defendant Target Corporation, on the other hand (collectively, "the Parties"), hereby notify the Court that they have reached a settlement in principal of Plaintiffs' individual claims. As part of the settlement, the Parties anticipate that Plaintiffs will file a request for dismissal with prejudice of their individual claims subject to the specific terms and conditions of the settlement agreements, and a request for dismissal without prejudice of their class claims brought on behalf of others. The Parties are in the process of drafting settlement documents. In light of the Parties' pending settlement, the Parties respectfully request that the Court vacate the Mandatory Scheduling Conference scheduled for September 23, 2024.

Dated: September 9, 2024

Respectfully submitted,

WILSHIRE LAW FIRM

By:  /s/ Jeffrey C. Bils
John G. Yslas
Jeffrey C. Bils
Aram Boyadjian
Andrew Sandoval

Attorneys for Plaintiffs

Dated: September 9, 2024

DLA PIPER LLP (US)

By:  /s/ Matthew Riley
Julie A. Dunne
Matthew Riley

Attorneys for Defendant
TARGET CORPORATION

1  The filer attests that the signatory listed above concurs in the content of
2  this document and has authorized its filing.

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137